UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD IRVING

v.  CA 10-346 ML

JAMES WEEDEN

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopoian on October 12, 2010. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint is DISMISSED pursuant to 28 U.S.C. § 1915 (e)(2).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
November 2, 2010